typewritten briefs granted. (See *People* v. *Pennestri,* 253 N. Y. 318; *People* v. *Vignola,* 253 N. Y. 581, and *People* v. *Glass,* 234 App. Div. 725.)

■ In the Matter of GENESEE VALLEY TRUST COMPANY, as Trustee of the Inter Vivos Trust for the Benefit of the Children of WALKER E. EDWARDS.— Motion granted and appeal dismissed, with $10 motion costs. [See *post,* p. 932.]

## (January 11, 1956)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER A. COCCO, Appellant.— Order affirmed. All concur. (Appeal from an order of Niagara County Court denying defendant's motion to dismiss the indictment against defendant on the ground of double jeopardy, and for inspection of the minutes of the Grand Jury.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ ALBERT P. LAWSON, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 31525.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of the Court of Claims for claimant on a claim for damages for personal injuries alleged to have been sustained by claimant by reason of negligence at a State park.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [207 Misc. 542.]

■ In the Matter of the Accounting of AGNES M. GILLIES et al., as Trustees under the Will of GEORGE J. GILLIES, Deceased, Respondents. BRUCE G. GILLIES, Appellant.— Motion for leave to appeal to the Court of Appeals denied on the ground the application is not made in time (Civ. Prac. Act,. § 592); also as a matter of discretion. Present — McCurn, P. J., Vaughan, Kimball and Wheeler, JJ. [See 286 App. Div. 989.]

■ WALTER E. FLANDERS et al., Respondents, v. HOME INDEMNITY COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ WILLIAM E. BERRIAN, Plaintiff, v. CHARLES O. ROY et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of the Intermediate Accounting of ONEIDA NATIONAL BANK AND TRUST COMPANY OF UTICA, as Ancillary Committee of the Property of WALKER E. EDWARDS, an Incompetent Person.— Motion granted and appeals dismissed, without costs.

■ MYLES J. ZACHMEYER, Plaintiff, v. CHURCHILL MOTORS, INC., Defendant. (And Five Other Actions.) — Appeals dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAVERNE E. WRIGHT, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE WIZNER, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS E. VAN STEINBURG, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL THOMPSON, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL THOMPSON, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed. (Nov. 1953 order.)